UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY M. BROWN,<br>　　　　　Petitioner,<br>　　v.<br>JOSIE GASTELO, Warden,<br>　　　　　Respondent. | Case No. 17-cv-01409-YGR (PR)<br>**JUDGMENT** |

　　　　Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability signed today, this action is DISMISSED WITH PREJUDICE. 28 U.S.C. § 2244(d). Each party shall bear his own costs.

　　　　IT IS SO ORDERED.

Dated: December 9, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge