| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| KENNY M. BROWN, | Case No. 17-cv-01409-YGR (PR) |
| Petitioner, | **ORDER DENYING LEAVE TO PROCEED** *IN FORMA PAUPERIS* **ON APPEAL; DIRECTIONS TO CLERK** |
| v. | |
| JOSIE GASTELO, Warden, | |
| Respondent. | |

This closed federal habeas action was filed by a *pro se* state prisoner. Petitioner had filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 9, 2019, the Court granted Respondent's motion to dismiss the petition as untimely, dismissed this action with prejudice, and denied a certificate of appealability. Dkt. 77.

Petitioner has since filed a notice of appeal from the Court's December 9, 2019 Order. Dkt. 79. Petitioner has also requested to proceed *in forma pauperis* on appeal. Dkt. 82.

In its December 9, 2019 Order, the Court declined to issue a certificate of appealability and determined there were no valid grounds for an appeal. Consequently, Petitioner fails to show good cause to proceed *in forma pauperis* on appeal.

Accordingly, the motion to proceed *in forma pauperis on* appeal is hereby DENIED. Dkt. 82.

The Clerk of the Court shall send a copy of this Order to Petitioner and to the Ninth Circuit Court of Appeals, wherein Petitioner may renew his motion. *See* Fed. R. App. P. 24(a).

This Order terminates Docket No. 82.

IT IS SO ORDERED.

Dated: March 24, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge